UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHAVONTE HILL,<br><br>Defendant. | Case No.: 2:17-cr-132-JAD-NJK<br><br>**ORDER** |

The reasons being sound, the parties being in agreement and the best interests of justice and judicial economy being served:

IT IS HEREBY ORDERED that the Probation Department prepare a pre-plea presentence investigation report for SHAVONTE HILL.

DATED ___18th___ day of May, 2017.

_____
UNITED STATES MAGISTRATE JUDGE