NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar No. 13644
CHRISTOPHER BURTON
Assistant United States Attorney
Nevada State Bar No. 12940
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336/FAX: (702) 388-5087
Christopher.Burton4@usdoj.gov

*Representing the United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           vs.<br><br>SHAVONTE HILL,<br><br>                    Defendant. | Case No. 2:17-cr-00132-JAD-NJK<br><br>**STIPULATION FOR A PROTECTIVE ORDER** |

The parties, by and through the undersigned, respectfully request that the Court issue an Order protecting from disclosure to the public, or any third party not directly related to this case, any recordings produced by the Government during discovery under Bates stamp number PO 1 (the "Protected Material"). The parties state as follows:

1. A petition to revoke Defendant Shavonte Hill's supervised release was filed on November 25, 2020.

2. A revocation hearing is currently scheduled for January 4, 2021.

3. Under Federal Rule of Criminal Procedure 32.1(e), the government intends to produce statements of witnesses in preparation for the scheduled revocation hearing, including statements contained in Bates stamp number PO 1.

4. The petition in this case arises out of a traffic stop of the defendant which resulted in a firearm being located in his vehicle and there are several bodycam videos of the relevant events which contain statements of potential witnesses. The bodycam videos designated by Bates PO 1 include personal identifying information of potential witnesses.

5. In order to protect the witnesses involved in and revealed by the Protected Material, the parties intend to restrict access to the Protected Material in this case to the following individuals: the defendant, attorneys for all parties, and any personnel that the attorneys for all parties consider necessary to assist in performing that attorneys' duties in the prosecution or defense of this case, including investigators, paralegals, experts, support staff, interpreters, and any other individuals specifically authorized by the Court (collectively, the "Covered Individuals").

6. Without leave of Court, the Covered Individuals shall not:

    a. make copies for, or allow copies of any kind to be made by any other person of the Protected Material in this case or permit dissemination of the Protected Material at the Pahrump jail facility, or any other detention facility where the Defendant is housed, to include leaving a copy of the Protected Material at any detention facility where the Defendant is housed;

    b. allow any other person to read, listen, or otherwise review the Protected Material;

    c. use the Protected Material for any other purpose other than preparing to defend against or prosecute the charges in the indictment or any further superseding indictment arising out of this case; or

    d. attach the Protected Material to any of the pleadings, briefs, or other court filings except to the extent those pleadings, briefs, or filings are filed under

seal.

7. Nothing in this stipulation is intended to restrict the parties' use or introduction of the Protected Material as evidence at trial or support in motion practice.

8. The parties shall inform any person to whom disclosure may be made pursuant to this order of the existence and terms of this Court's order.

9. Should a reasonable need for this protective order cease to exist, on grounds other than a Covered Individual or some other person violating or circumventing its terms, the government will move expeditiously for its dissolution.

10. The defense hereby stipulates to this protective order.

Respectfully submitted,
For the United States:

NICHOLAS A. TRUTANICH
United States Attorney

_____/s/_____
CHRISTOPHER BURTON
Assistant United States Attorney

For the Defense:

_____/s/_____
ANDREW LEAVITT, ESQ.
Attorney for SHAVONTE HILL

**IT IS SO ORDERED:**

December 15, 2020
_____
Date

_____
NANCY J. KOPPE
United States Magistrate Judge

3