ANDREW M. LEAVITT, ESQ.
Nevada Bar #3989
Law Office of Andrew M. Leavitt, Esq.
633 South Seventh Street
Las Vegas, Nevada 89101
(702) 382-2800

**UNITED STATES DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHAVONTE HILL<br><br>Defendants | 2:17-cr-000132-JAD-NJK-2 |

**STIPULATION TO CONTINUE HEARING FOR VIOLATION OF SUPERVISED RELEASE TERMS**

(Fourth Request)

CERTIFICATION: This pleading is timely filed pursuant to the pretrial order.

It is hereby stipulated and agreed by and between CHRISTOPHER BURTON, Assistant United States Attorney, ANDREW M. LEAVITT, ESQ., counsel for SHAVONTE HILL that the revocation hearing currently set for June 28, 2021 at 2:00 p.m. be continued for 30 days.

The hearing is currently scheduled for June 28, 2021. This stipulation to continue will effect the hearing date.

This stipulation is entered into for the following reasons.

1. The parties need additional time to receive the DNA back in this case. It is counsels understanding that the DNA needs to be cross referenced with the

Andrew M. Leavitt
ATTORNEY AT LAW
633 South Seventh Street
Las Vegas, Nevada 89101
Tel.: (702) 382-2800
Fax: (702) 382-7438

1

Defendant's DNA and this process is ongoing. The parties have not received the results from the DNA testing.

2. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time, in light of the above, within which to be able to effectively and thoroughly review the evidence in the above-captioned matter, and thereafter sufficient time within which to be able to effectively and thoroughly research, prepare and be ready for the hearing.

3. Denial of this request for continuance would deny counsel for the defendant sufficient time, in light of the nature of the evidence in the above-captioned matter, within which to be able to effectively and thoroughly review and prepare for the hearing.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. This is the Fourth request for a continuance filed herein.

DATED this 28th day of June, 2021.

/ s / Andrew M. Leavitt

**ANDREW M. LEAVITT, ESQ.**
633 S. 7th Street
Las Vegas, NV 89101
Attorney for Defendant,
JUDIAH HOFFMAN

/ s / Christopher Burton

**CHRISTOPHER BURTON, ESQ.**
Assistant U.S. Attorney
501 Las Vegas Blvd. So., Ste. 1100
Las Vegas, NV 89101

ANDREW M. LEAVITT
ATTORNEY AT LAW
633 South Seventh Street
Las Vegas, Nevada 89101
Tel.: (702) 382-2800
Fax: (702) 382-7438

ANDREW M. LEAVITT, ESQ.
Nevada Bar #3989
Law Office of Andrew M. Leavitt, Esq.
633 South Seventh Street
Las Vegas, Nevada 89101
(702) 382-2800

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHAVONTE HILL<br><br>Defendants | 2:17-cr-000132-JAD-NJK-2 |

## FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER

Based upon the pending Stipulation of counsel and good cause appearing, the Court finds that:

1.       The parties need additional time to receive the DNA in this case.

2.       The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time, in light of the above, within which to be able to effectively and thoroughly review the evidence in the above-captioned matter, and thereafter sufficient time within which to be able to effectively and thoroughly research, prepare and be ready for the hearing on behalf of the client.

3.       Denial of this request for continuance would deny counsel for the defendant sufficient time, in light of the nature of the evidence In the above-captioned matter, within which to be able to effectively and thoroughly review and prepare for the hearing.

Andrew M. Leavitt
ATTORNEY AT LAW
633 South Seventh Street
Las Vegas, Nevada 89101
Tel.: (702) 382-2800
Fax: (702) 382-7438

4.	Additionally, denial of this request for continuance could result in a miscarriage of justice.

5.	This is the Fourth request for a continuance filed herein.

**CONCLUSIONS OF LAW**

Based on the aforementioned findings of fact, the court makes the following conclusions of law:

1.	The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the government and the defendant sufficient time, in light of the above, within which to be able to effectively and thoroughly review the discovery in the above-captioned matter, and thereafter sufficient time within which to be able to effectively and thoroughly research and prepare for the hearing in this matter.

2.	Denial of this request for continuance would deny counsel for the defendant sufficient time, in light of the nature of the evidence in the above-captioned matter and the legal issues involved, within which to be able to effectively and thoroughly review and prepare for the evidentiary hearing.

3.	Additionally, denial of this request for continuance could result in a miscarriage of justice.

4.	The ends of justice served by granting said continuance outweigh the best interests of the public and the defendant's right to a speedy hearing, since the failure to grant said continuance would likely result in a miscarriage of justice and would deny counsel for defendant sufficient time within which to effectively prepare for and present an appropriate defense on the currently scheduled hearing date.

ANDREW M. LEAVITT
ATTORNEY AT LAW
633 South Seventh Street
Las Vegas, Nevada 89101
Tel.: (702) 382-2800
Fax: (702) 382-7438

## ORDER

IT IS HEREBY ORDERED that the hearing date in this matter shall be vacated and reset to August 17, 2021, at 10:00 a.m.

Dated: June 28, 2021.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT COURT JUDGE

Andrew M. Leavitt
ATTORNEY AT LAW
633 South Seventh Street
Las Vegas, Nevada 89101
Tel.: (702) 382-2800
Fax: (702) 382-7438